**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                  NO. 4:12CR00137-01 JLH
                     NO. 4:12CR00139-01 JLH

ROBERT G. BRITTON                                                           DEFENDANT

## <u>ORDER</u>

The hearing on the government's Motion to Revoke Supervised Release is hereby rescheduled to begin on **WEDNESDAY, JUNE 26, 2013, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously imposed should not be revoked. Document #5.

IT IS SO ORDERED this 17th day of June, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE