IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.          No. 4:12CR00137-01 JLH
            No. 4:12CR00139-01 JLH

ROBERT G. BRITTON                                               DEFENDANT

### ORDER

Pending before the Court is the defendant's motion for continuance of the supervised release revocation hearing currently set for Wednesday, June 26, 2013. Without objection, the motion is GRANTED. Document #26.

The supervised release revocation hearing for defendant Robert G. Britton is hereby rescheduled for **THURSDAY, JULY 18, 2013, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #5.

IT IS SO ORDERED this 24th day of June, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE