FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 19 2013

JAMES W. McCORMACK, CLERK
By:_____
                  DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          NO. 4:12CR00137 JLH
                            NO. 4:12CR00139 JLH
ROBERT G. BRITTON                                                           DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Thursday, July 18, 2013, for a scheduled hearing on the government's superseding motion to revoke supervised release of defendant Robert G. Britton. Assistant United States Attorney Jana K. Harris was present for the government. The defendant appeared in person with his attorney, Mr. Mark F. Hampton.

Upon inquiry from the Court, Britton disputed the allegations currently pending in Craighead County Circuit Court, but admitted the remaining allegations in the superseding motion to revoke. The government did not present any evidence concerning the Craighead County charges. Following statements by the defendant and counsel, the Court found that the remaining allegations did in fact occur, and determined that the superseding motion to revoke should be GRANTED, and the defendant's supervised release revoked. Document #29 in case number 4:12CR00137 JLH; document #26 in case number 4:12CR00139 JLH.

IT IS THEREFORE ORDERED that defendant be committed to the custody of the Federal Bureau of Prisons for a term of **18 MONTHS imprisonment in case number 4:12CR00137 JLH, to be followed by one (1) year of supervised release; and 12 MONTHS imprisonment in case number 4:12CR00139 JLH, with no term of supervised release to follow in that case. The sentences are to run concurrently.** The defendant is remanded to the custody of the United States Marshal.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this _____ day of July, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE